IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-99-0043 WBS EFB P

    vs.

DERRICK WILLIAMS,           ORDER TO SHOW CAUSE

    Movant.

_____/

    Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant's motions was filed on January 22, 2005. By order filed September 21, 2005, Magistrate Judge Peter A. Nowinski (ret.), directed the government to file an answer. *See* Rule 4, Rules Governing Section 2255 proceedings.

    Counsel for the government requested, and received, five extensions of time in which to file an answer. The final extension, granted on August 2, 2006, enlarged the government's time to file an answer to August 21, 2006. That deadline has passed and no answer has been filed.

    Accordingly, the court hereby ORDERS that counsel for respondent shall show cause within ten (10) days why movant's § 2255 motion should not be granted for failure to oppose.

////

////

1

Any response to the order to show cause shall also include the answer ordered by the court on September 21, 2005.

So ordered.

DATED: February 26, 2007

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2