IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                  No. CR S-99-0043 WBS EFB P

    vs.

DERRICK WILLIAMS,             ORDER

    Movant.

_____/

    Movant is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed February 27, 2007, the court directed counsel for respondent to show cause for his failure to timely respond to movant's § 2255 motion. Counsel filed his response to the order to show cause and his response to the § 2255 motion on March 9, 2007.

    The order to show cause filed February 27, 2007, is DISCHARGED. Movant's reply, if any, shall be filed within thirty (30) days. Thereafter, the matter will stand submitted for decision.

So ordered.

    DATED: March 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE